No. 450. ALLEN, CHAIRMAN, TWELFTH REGION WAGE STABILIZATION BOARD, ET AL. *v.* GRAND CENTRAL AIRCRAFT CO. Appeal from the United States District Court for the Northern District of California. Probable

jurisdiction noted. *Acting Solicitor General Stern* for appellants. *Paul R. Watkins* and *Dana Latham* for appellee.